IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PNC BANK, NATIONAL ASSOCIATION   :        CIVIL ACTION
                                 :
          vs.                    :
                                 :
ADMIRAL WINE & LIQUOR CO         :        NO. 04-5012


O R D E R


        **AND NOW, TO WIT:** This 13th day of April,2005, it having
been reported that the issues between the parties in the above
action has been settled and upon Order of the Court pursuant to
the provisions of Rule 41.1(b) of the Local Rules of Civil
Procedure of this Court,  it is

        **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.




                              **MICHAEL E. KUNZ**, Clerk of Court


                         **BY:**_____
                              MATTHEW J. HIGGINS
                                 Deputy Clerk